**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:19-10047-STA |
| NORLAND DARINEL CRUZ-MARTINEZ ) | |
| Defendant. ) | |

---

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

---

This cause came to be heard on July 7, 2019, Assistant United States Attorney, Jim Powell, appearing for the Government and the defendant, Norland Darinel Cruz-Martinez, appearing in person, and with counsel, Jawara Griffin.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, OCTOBER 22, 2019 at 9:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 12th day of July, 2019.

                                            s/ S. Thomas Anderson
                                          CHIEF JUDGE, U. S. DISTRICT COURT